JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAI ALKEBU-LAN, | ) | Case No. CV 15-1184-DDP (KK) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| RON DAVIS, | ) | |
| | ) | |
| Respondent. | ) | |

In accordance with the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that this action is summarily dismissed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: May 5, 2015

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1